No. 71–254.   WESTMORELAND v. MISSISSIPPI.   Sup. Ct. Miss.   Certiorari denied.

No. 71–574.   NEMELKA ET AL. v. SECURITIES AND EXCHANGE COMMISSION ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 71–577.   MUNICIPAL COURT OF EAST LOS ANGELES JUDICIAL DISTRICT, COUNTY OF LOS ANGELES, ET AL. v. PERRINE ET AL.   Sup. Ct. Cal.   Certiorari denied.

No. 71–579.   KROFT v. COX ET AL.   Sup. Ct. Ark. Certiorari denied.

No. 71–581.   THE SANTA ROSA ET AL. v. LOOMIS. C. A. 9th Cir.   Certiorari denied.

No. 71–582.   FROMMHAGEN v. GLAZER.   C. A. 9th Cir.   Certiorari denied.

No. 71–584.   PATRICK v. MISSISSIPPI.   Sup. Ct. Miss. Certiorari denied.

No. 71–587.   FRANKLIN TOWNSHIP v. BOROUGH OF DELMONT.   Commonwealth Ct. of Pa.   Certiorari denied.

No. 71–590.   VEGA v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 71–591.   RAWLS v. CONDÉ NAST PUBLICATIONS, INC.   C. A. 5th Cir.   Certiorari denied.

No. 71–592.   GIZA v. CALIFORNIA.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.